HAZEL F. BITTSON, Respondent, v. PEGGY EQUITIES CORP., Appellant.— Defendant appeals from a judgment in favor of plaintiff entered on an order granting summary judgment in an action for moneys loaned. Judgment reversed, without costs, and motion denied, without costs. The affidavits in opposition to the motion alleged facts which make necessary a trial to determine whether loans were in fact made by respondent to appellant as indicated by appellant's books (Stock Corporation Law, § 10), or if there was consideration for any promise to pay respondent the amounts entered as loans; or whether such entries were false and were made solely for the purpose of defrauding the State or Federal Government (Penal Law, § 887, subd. 2). Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.

■

SYLVIA EHRLICH et al., Individually and as Trustees for MARTIN EHRLICH and Others, Appellants, v. GERMAN SAVINGS BANK AND CLEARING ASSOCIATION, Respondent, et al., Defendant.— Appellants, holders of defaulted bonds of the respondent, a German corporation, seek to recover thereon in this action against the latter and the defendant, the foreign corporation guarantor of payment thereof. The summons and complaint were served on the Corporation Trust Company, designated in the indentures under which the bonds were issued, as respondent's agent to accept service of process. Respondent moved to vacate said service on the ground that the authority to accept service was limited to actions by the indenture trustees only. The appeal is from so much of the order as granted the motion in favor of respondent. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ., concur. [See *post,* p. 1043.]

■

RICHARD FLANAGAN, Respondent, v. JOHN D. MURPHY, Appellant.— In an action, under an oral contract of joint venture, for the appointment of a receiver of the assets thereof, for an accounting, and for other relief, defendant appeals from an order denying his motion under rule 107 of the Rules of Civil Practice to dismiss the complaint upon the ground that said contract is unenforcible under the Statute of Frauds. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ., concur.